UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERHARD R. ISTOK, et al.,

    Plaintiffs,                                Civil Action No. 12-15327
                                           HON. BERNARD A. FRIEDMAN

vs.

KEVIN K. SCHIERLINGER, et al.,

    Defendants.
_____/

**ORDER DENYING PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

On February 28, 2013, this matter came before the Court on plaintiffs' motion for preliminary injunction and "to deposit money into court" [docket entry 9], to which defendants filed a response [docket entry 13]. A hearing was held and oral argument heard. For the reasons stated on the record,

IT IS ORDERED that plaintiffs' motion for preliminary injunction and "to deposit money into court" is denied as moot.

Dated: March 4, 2013                    s/ Bernard A. Friedman
                                                        BERNARD A. FRIEDMAN
                                                        SENIOR UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 4, 2013, electronically or by U.S. mail.

                                                        s/Michael Williams
                                                        Relief Case Manager for the Honorable
                                                        Bernard A. Komives